FILED
HARRISBURG, PA

MAR 15 2021

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Maurice L. Whyte

v.                                                                                                   No. 1:21-cv-00124
                                                                                        (Your Honorable Judge Kane)
C/O Rockey, C/O Folk, Director of Treatment Jeffery Hite,
Deputy Warden Glenn Irwin, of Centre County Correctional Facility

## PETITION TO CORRECT NAME OF DEFENDANT

Plaintiff, Maurice L. Whyte, pro se, petitions this Court to correct the name of the defendant in this action, and in support thereof avers the following:

1. Plaintiff's requested amendment will merely correct the name of the existing defendant in this case and will not add a new party nor introduce any new causes of action against the defendant.

2. Defendants, C/O Rockey of Centre County Correctional Facility, C/O Folk of Centre County Correctional Facility, Director of Treatment Jeffery Hite of Centre County Correctional Facility, and/or Deputy Warden Glenn Irwin of Centre County Correctional Facility will not be unduly prejudiced or surprised by this amendment since the defendants have been actual parties to the action since its inception and prior to the running of the applicable statute of limitations.

**WHEREFORE**, plaintiff, Maurice L. Whyte, respectfully requests that this Court grants plaintiff's petition and correct the name of the defendant from CENTRE COUNTY CORRECTIONAL FACILITY, et al., to the proper name, Defendants C/O Rockey, C/O Folk, Director of Treatment Jeffery Hite, Deputy Warden Glenn Irwin, of Centre County Correctional Facility.

Maurice L. Whyte hereby states that she is the plaintiff in this petition and that the statements of fact made in the foregoing petition are true and correct upon personal knowledge to the best of her information and belief. The undersigned understands that the statements herein are made subject to the penalties relating to unsworn falsification to authorities.

Maurice L. Whyte #20-0917
700 Rishell Hill Rd.
Bellefonte, PA 16823
**Plaintiff**

## CERTIFICATE OF SERVICE

It is hereby certified that on this date March 5, 2021, (2) copies of the foregoing motion were served oin the following individuals in the manner indicated below:

SERVICE BY MAIL:
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF COURTS
228 WALNUT Street
HARRISBURG, PA 17108

*Maurice L. Whyte* 3/5/21
Maurice L. Whyte #20-0917
700 Rishell Hill Rd.
Bellefonte, PA 16823
**Plaintiff**