FILED
HARRISBURG, PA

MAR 15 2021

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Maurice L. Whyte

v.

No. 1:21-cv-00124
(Your Honorable Judge Kane)

C/O Rockey, C/O Folk, Director of Treatment Jeffery Hite,
Deputy Warden Glenn Irwin, of Centre County Correctional Facility

---

### DEMAND FOR JURY TRIAL

Plaintiff, Maurice L. Whyte, *pro se*, hereby demands a trial by jury in the above-captioned matter.

I, Maurice L. Whyte, hereby states that he is the plaintiff in this action and that the facts and statements made in the foregoing motion are true and correct to the best of my knowledge, information and belief. These statements are made subject to the penalties, relating to unsworn falsification to authorities.

_____ 3/5/21
Maurice L. Whyte #20-0917
700 Rishel Hill Rd.
Bellefonte, PA 16823

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on this date March 5, 2021, (2) copies of the foregoing motion were served oin the following individuals in the manner indicated below:

<u>SERVICE BY MAIL:</u>
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF COURTS
228 WALNUT Street
HARRISBURG, PA 17108

*M. Whyte* 3/5/21
Maurice L. Whyte #20-0917
700 Rishell Hill Rd.
Bellefonte, PA 16823
**Plaintiff**

Maurice Whyte #JQ-0917
700 Rishell Hill Rd.
Bellefonte, PA 16823

United States District Court
Middle District of Pennsylvania
Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

JOHNSTOWN PA 159
10 MAR 2021 PM 2 T

FOREVER / USA

RECEIVED
HARRISBURG, PA
MAR 15 2021
PER _____
DEPUTY CLERK