IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

MAURICE L. WHYTE

VS.

CASE 1:21-CV-00124

CENTRE COUNTY CORRECTIONAL
FACILITY, et al
CO ROCKEY, CO FOLK, DIRECTOR OF
TREATMENT HITE,
DEPUTY WARDEN IRWIN

PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE, THE JUDGES OF THE COURT:

The applicant, Maurice L. Whyte, residing at 721 Iron Street, Bloomsburg, PA 17815, Columbia County Prison states that:

1. I am named the plaintiff in the above-entitled civil cause of action that was commenced in this District Court.

2. I am unable to obtain counsel to assist me in this matter because I cannot afford to do so, as I I filed this Action in Forma Pauperis.

3. I am unable to obtain funds from anyone, including my family and associates, by way of compensation for counsel and represent that the answers to the following questions are true to the best of my information and belief:

a. Do you have any money? If so, how much?

(1) On the person **None**

(2) In custody of the warden **None**

(3) In the bank **None**

(4) At home **None**

(5) Elsewhere **None**

b. Do you own an automobile? **No**

c. Do you own any real estate? **No**

d. Do you own any other property or do you have any other assets? (If answer is "yes" furnish description and specify its present location): **No**

e. Does anyone owe you money? If yes, give the person's name and address and the amount he owes you. **No**

f. If married, what is name, age and address of your (wife or husband)? **Not Married**

(1) When did you last live with your (wife or husband)?

(2) Does your (wife or husband) work?

(3) What is name and address of (her or his) employer?

g. Do you have any children? (Give names, ages, and addresses).**None**

h. What is your home address? **Columbia County Prison, 721 Iron Street, Bloomsburg, PA 17815**
i. Where did you work last?

j. What is your social security number? **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**

k. What salary or wages were you receiving? **None**

l. What was the total amount of your income during the past twelve months? **None**

m. Is there a job waiting for you? (Specify) **No**

4. (Line out a or b, whichever does not apply.)

a. **I am presently in jail and unable to obtain bail.**

5. **I have not previously been represented by an attorney in any case in court.**

WHEREFORE, petitioner respectfully requests that this court assign counsel to represent her in the above entitled civil cause of action without fee or cost to the plaintiff.

*[signature]* 5-11-21

Maurice L. Whyte #12451
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815
**Plaintiff**

## VERIFICATION

Maurice L. Whyte, hereby states that she is the plaintiff in this action and that the statements of fact made in the foregoing Motion are true and correct upon personal knowledge and to the best of her information and belief. The undersigned understands that the statements herein are made subject to the penalties relating to unsworn falsification to authorities.

Date: 5/11/21

*[signature]*

Maurice L. Whyte # 12461
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORGOING PETITION WAS SERVED UPON THE FOLLOWING INDIVIDUAL IN THE MANNER INDICATED BELOW:

US POSTAL SERVICE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
PO BOX 982
HARRISBURG, PA 17108


*/s/ M. Whyte*    5-11-21

Maurice L. Whyte #12451
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815