FILED
HARRISBURG, PA
JUN 10 2021
PER ____ Isr____
DEPUTY CLERK

Your Honorable Judge Kane,

My name is Maurice L. Whyte aka Armani. I am the plaintiff in case no. 1:21-CV-124. I am writing because I no longer have the ability to represent myself in this matter. I was previously in a facility where my access to the legal library was unlimited. I am now in a facility where there is a law library which consists of a computer with wordpad and Lexis Nexis. There is only one for the <u>entire</u> prison and you have to be put on a waiting list to use it and it is in constant use. I cannot possibly meet the filing deadlines on top of preparing briefs, motions and/or doing the appropiate research under these circumstances. I have been able to get into this "law library" once in almost 2 months. This case is easily arguable and an overwhelming amount of incriminating discovery material is in my possession and more is being forwarded by the defense attorney as a result of my request for production of documents and things. I believe this case will require an investigation and that a dismissal will prevent me from acquiring the justice I deserve. I requested the court to appoint counsel prior to me being transferred to this facility, where

I cannot access legal materials appropriately. I am asking the court to reconsider this. Even if I can come up with the money to hire one, I don't have the resources to find them. I have no family or friends in PA. Thank You in advance.

M. Whyte

Maurice Whyte 12451
Columbia County Prison
721 Iron Street
Bloomsburg, PA 17815
Plaintiff

Maurice [illegible]
Columbia County Prison
[illegible] Iron Street
Bloomsburg, PA 17815

HARRISBURG PA 171
8 JUN 2021 PM 4 L



Legal
Mail

United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 963
Harrisburg, PA 17108

RECEIVED
HARRISBURG, PA
JUN 10 2021
PER _____
DEPUTY CLERK

17108-098383