FICE OF THE CLERK
TATES DISTRICT COURT
D STATES COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
RRISBURG, PA 17108

OFFICIAL BUSINESS

neopost
07/15/2021
US POSTAGE $001.80

FIRST-CLASS MAIL

ZIP 17108
041L11252595

3:28:30 PM

Maurice L. Whyte
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF
Columbia County Prison
12451
721 Iron Street
Bloomsburg, PA [redacted]

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ REFUSED ☐ DECEASED
☐ VACANT ☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY

UTF

FILED
HARRISBURG, PA

JUL 22 2021

PER ___DB___
DEPUTY CLERK